92 A.3d 542

**Ben C. CLYBURN, et al.**

v.

**Quinton RICHMOND, et al.**

**No. 105, Sept. Term, 2013.**

Court of Appeals of Maryland.

May 28, 2014.

Julia Doyle Bernhardt, Asst. Atty. Gen. (William F. Brockman, Deputy Solicitor General; Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for appellants.

Ashley Bashur (Brian M. Boynton, Wilmer, Cutler, Pickering, Hale and Dorr, LLP, Washington, DC); A. Stephen Hut, Jr., Assistant Public Defender (Paul B. DeWolfe, Public Defender of Maryland, Baltimore, MD), on brief, for appellees.

Michael Schatzow (Mitchell Y. Mirviss, Venable, LLP, Baltimore, MD; Douglas L. Colbert, Maryland School of Law Access to Justice Clinic, Baltimore, MD), on brief, for appellees.

Argued and reargued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

## ORDER

The Court having issued a temporary stay in the above entitled case until 4:30 p.m. on March 11, 2014, and thereafter extended the temporary stay to 4:30 p.m. on June 5, 2014; and, considering that the Court, on May 27, 2014, adopted the Rules Committee's proposal in its 183rd Report (as amended), which contained Rules amendments designed to implement the requirements of the Court's opinion in *DeWolfe v. Richmond,* 434 Md. 444, 76 A.3d 1019 (2013), it is this 28th day of May 2014

ORDERED, by the Court of Appeals of Maryland, that the temporary stay of the injunction issued in this matter by the Circuit Court for Baltimore City on January 10, 2014 (as amended by Order of January 13, 2014) be, and the same is hereby, extended from 4:30 p.m. on June 5, 2014, to 7:59 a.m. on July 1, 2014; and it is further

ORDERED that the aforesaid stay and injunction shall be vacated as of 8:00 a.m. on July 1, 2014, without further order of the Court.